UNITED STATES of America, on the Relation of Herman J. KOHL, Relator-Appellant, v. Raymond J. MULLIGAN, United States Marshal, etc., et al., Respondents-Appellees.

UNITED STATES of America, on the Relation of Arthur J. HENDRIKSEN, Relator-Appellant, v. Raymond, J. MULLIGAN, United States Marshal, etc., et al., Respondents-Appellees.

Nos. 225, 226.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1932.

Terence J. McManus, of New York City, for appellants.

James C. Leaton, Sp. Asst. to Atty. Gen., for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of United States ex rel. Scharlon v. Pulver, 54 F. (2d) 261, decided November 2, 1931, by this court.